MICHAEL HODGE, 36837-083

FCI Butner CTP

PO Box 1000

Butner, NC 27509-1000

PLAINTIFF Pro Se

FILED

NOV 22 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

| MICHAEL HODGE, | Case No. |
|---|---|
| Plaintiff, | |
| v. | COMPLAINT |
| UNITED STATES, | |
| Defendant. | |

## PARTIES, JURISDICTION, AND VENUE

1. Plaintiff Michael Hodge suffered injury through negligence of defendant while being transported from Durham, North Carolina to Butner, North Carolina.

   a. Plaintiff is an individual who resides in and is a citizen of Richmond, Virginia.

   b. Plaintiff is being civilly detained in Butner, North Carolina.

   c. Plaintiff is the person authorized by the laws of the State of North Carolina to assert personal injury claims resulting from negligence of employees of the United States as a result of his civil detention.

2. At the time of injury, although a citizen of the State of Virginia, Plaintiff was civilly detained in Butner, North Carolina.

3. This Court has subject matter jurisdiction over the claims against the United States based on the Federal Tort Claims Act, 28 USC 1346 et seg. and 28 USC 2671 et seg.

4. A Notice of Claim was duly served on the Federal Bureau of Prisons by plaintiff on September 6, 2024. This claim was denied by the BOP on October 18, 2024.

5. Venue is proper in this district pursuant to 28 USC 1402, in that the acts or omissions complained of occurred while plaintiff was civilly detained in this district.

## CLAIM FOR RELIEF
### PERSONAL INJURY - NEGLIGENCE

FMC

6. On July 10, 2023, Plaintiff was a passenger in a van en route to the Federal Correctional Complex in Butner, North Carolina, from Durham, North Carolina.

7. On July 10, 2023, while departing Duke Regional Hospital, FCC Butner transportation officers failed to properly secure Plaintiff's wheelchair in the van.

8. As a direct and proximate result of this incident, Petitioner was knocked unconscious when his unsecured wheelchair flipped backwards causing Petitioner to receive a head injury.

9. At all times during Plaintiff's transportation in the van, the subject van was under control of transportation officers employed by the Federal Bureau of Prisons stationed at the Federal Correctional Complex in Butner, North Carolina.

10. In the course of the transportation of Plaintiff, the transportation officers were given instructions and other information in regard to Plaintiff's medical condition from discharge medical staff at Duke Regional Hospital.

11. The resultant injuries to Plaintiff were caused by the careless, negligent, and wrongful acts omissions to act of the United States of America, through its agents, servants, and employees, acting within the scope of their employment, in that, among other things, the BOP transportation officers employed at the Federal Correctional Complex in Butner, North Carolina who were charged, among other things with providing transportation of a discharged medical patient:

   a. Negligently and carelessly failed to exercise their best judgment and prioritize their responsibilities in handling Plaintiff Michael Hodge in view of the circumstances presented at the time;

   b. Negligently and carelessly failed to provide safe and appropriate transportation of Plaintiff Michael Hodge including securing his wheelchair properly, which was critical to ensure the safety of Michael Hodge;

c. Negligently and carelessly failed to properly provide the services necessary to prevent Plaintiff's wheelchair from flipping back;

d. Negligently and carelessly failed to properly seek immediate medical treatment of Plaintiff Michael Hodge even though on the premises of Duke Regional Hospital;

e. Negligently and carelessly failed to follow discharge instructions by transporting patient to FCI-1 Butner instead of FMC Butner;

f. Negligently and carelessly failed to notify medical staff at the Federal Correctional Complex of the accident involving Plaintiff Michael Hodge's wheelchair and his being knocked unconscious; and

g. Otherwise negligently, recklessly, and carelessly deviated from good, sound, reasonable, and safe civil detainee transportation practices.

12. All of the preceding contributed to and proximately caused the injuries of Plaintiff Michael Hodge.

13. As a direct and proximate result of the negligence and wrongful acts and omissions to act, Plaintiff Michael Hodge suffered severe conscious physical and emotional injuries, including, but not limited to, emotional distress, shock, fright, and terror of impending death, and otherwise suffered damages.

14. Also as a direct and proximate result of the negligence and wrongful acts or omissions to act, plaintiff is entitled to full compensation for these losses.

## PRAYER

Plaintiff requests judgment against the United States of America:

A. For damages in a sum determined by the trier of fact;

B. Interest on damages awarded as allowed by law;

C. An award on plaintiff's cost of suit;

D. All other relief that is just and proper.

DATED: November 18, 2024

Respectfully submitted,

Michael Hodge

Michael Hodge, Plaintiff Pro Se